UNITED STATES of America,
Appellant

v.

**William TOMKO.**

No. 05–4997.

United States Court of Appeals,
Third Circuit.

Aug. 19, 2008.

Alan Hechtkopf, Esq., S. Robert Lyons, Esq., United States Department of Justice, Washington, DC, for Appellant.

Cynthia R. Eddy, Esq., J. Alan Johnson, Esq., Johnson & Eddy, Pittsburgh, PA, for William Tomko.

Present: SCIRICA, Chief Judge, SLOVITER, McKEE, RENDELL, BARRY, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN and COWEN, Circuit Judges.

### ORDER

ANTHONY J. SCIRICA, Chief Judge.

The Court, sua sponte, orders rehearing *en banc* in the above-captioned matter. It is ordered that the Clerk of this Court list the above case for rehearing *en banc* on Wednesday, November 19, 2008.